Joseph J. Tabacco, Jr. (SBN 75484)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
        kmoody@bermandevalerio.com
        cpoppler@bermandevalerio.com

*Local Counsel for Plaintiff and the Class*

Patricia I. Avery (*pro hac vice*)
Matthew Insley-Pruitt
Adam J. Blander
**WOLF POPPER LLP**
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
Email: pavery@wolfpopper.com
        minsley-pruitt@wolfpopper.com
        ablander@wolfpopper.com

*Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LATASHA McLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | **CLASS ACTION**<br><br>No.: 3:15-cv-02904-WHA<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS; SUPPORTING DECLARATION OF PATRICIA I. AVERY; AND [PROPOSED] ORDER**<br><br>Judge: District Judge William Alsup<br>Dept.: Courtroom 8 - 19th Floor |

1       Pursuant to Civil Local Rule 6-2, Plaintiff Latasha McLaughlin and Defendant Wells Fargo Bank, N.A., by and through their respective counsel, stipulate as follows:

      WHEREAS, Plaintiff served a copy of the Summons and Complaint on Defendant on June 24, 2015 (the "Complaint");

      WHEREAS, Defendant served its Motion to Dismiss the Complaint ("Motion to Dismiss") on August 14, 2015, indicating a hearing date of September 24, 2015;

      WHEREAS, pursuant to Local Rule 7-3, Plaintiff's opposition to the Motion to Dismiss is due by August 28, 2015, and Defendant's reply is due by September 4, 2015;

      WHEREAS, the Parties have met and conferred in good faith to establish a briefing and hearing schedule that accommodates counsels' prior commitments and non-refundable travel plans;

      WHEREAS, there have been no prior extensions of the briefing schedule or hearing date for the Motion to Dismiss and this three-week extension is not made for delay or any other improper purpose;

      THEREFORE, Plaintiff and Defendant hereby agree to the following enlargements of time:

1. Plaintiff's opposition to the Motion to Dismiss shall be filed by September 18, 2015.
2. Defendant's reply in support of the Motion to Dismiss shall be filed by September 29, 2015.
3. The hearing on the Motion to Dismiss shall be reset from September 24, 2015 to October 15, 2015.

**IT IS SO STIPULATED.**

DATED:  August 19, 2015                              **REED SMITH LLP**

                                                          By:  */s/ Ashley Shively*
                                                               Ashley L. Shively
                                                               *Counsel for Defendant*
                                                               *Wells Fargo Bank, N.A.*

1  DATED:  August 19, 2015                    **BERMAN DEVALERIO**

2                                             By: */s/ A. Chowning Poppler*
                                                   A. Chowning Poppler
3                                                  *Local Counsel for Plaintiff and the Class*

4                                             **WOLF POPPER LLP**
                                              Patricia I. Avery (*pro hac vice*)
5                                             *Counsel for Plaintiff and the Class*

6

7                              **E-Filing Attestation**

8        I, A. Chowning Poppler, am the ECF User whose ID and password are being used to file

9  this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Ashley L.

10 Shively has concurred in and authorized this filing.

11
                                              */s/ A. Chowning Poppler*
12                                            A. Chowning Poppler

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PATRICIA I. AVERY

I, Patricia I. Avery, declare as follows:

1. I am a partner in the New York office of Wolf Popper LLP, Counsel for Plaintiff Latasha McLaughlin and the class in the above-captioned case. I am admitted to practice law in the State of New York and am admitted *pro hac vice* before this Court. I make this declaration based on my personal knowledge and, if called upon to testify, I could and would do so competently.

2. The reason for the requested time modification is to establish a briefing and hearing schedule that accommodates counsels' prior commitments and non-refundable travel plans.

3. There have been no prior extensions of the briefing schedule or hearing date for the Motion to Dismiss and this stipulation is not made for delay or any other improper purpose.

4. The requested three-week time modification would not affect the schedule of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August, 2015, at New York, New York.

_____
Patricia I. Avery

**[PROPOSED] ORDER**

Pursuant to the Stipulated Request for Order Enlarging Briefing Schedule and Hearing on Defendant's Motion to Dismiss, the Court HEREBY ORDERS THAT:

1. Plaintiff's opposition to the Motion to Dismiss shall be filed by September 18, 2015.
2. Defendant's reply in support of the Motion to Dismiss shall be filed by September 29, 2015.
3. The hearing on the Motion to Dismiss is reset from September 24, 2015 to October 15, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated  August 24 , 2015

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE