Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA McLAUGHLIN<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant(s). | Case No: 3:15-cv-02904<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Matthew Insley-Pruitt, an active member in good standing of the bar of N.Y. Ct. of App.* & SDNY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Latasha McLaughlin in the above-entitled action. My local co-counsel in this case is Joseph J. Tabacco, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 845 Third Ave.,<br>New York NY 10022 | One California St., Suite 900,<br>San Francisco CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 759-4600 | (415) 433-3200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| minsley-pruitt@wolfpopper.com | jtabacco@bermandevalerio.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4452579 NY.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct,*

Dated: 10/26/15

APPLICANT

* The Court of Appeals is the highest court in the State of New York. Attorney admissions are governed by the Appellate Division of the Supreme Court. See https://www.nycourts.gov/ctapps/admattrnyfaq.htm

**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Matthew Insley-Pruitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 26, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                    October 2012