IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>                                      / | No. C 15-02904 WHA<br><br>**ORDER RE BRIEFING SCHEDULE** |

The parties have filed a stipulation to modify the briefing schedule on plaintiff's motion for class certification, due to an unexpected medical emergency. The stipulation is **GRANTED IN PART**. Defendant's opposition shall be due by **NOON ON FEBRUARY 9, 2016.** Plaintiff's reply shall be due at **NOON ON FEBRUARY 16.** The hearing date remains unchanged.

**IT IS SO ORDERED.**

Dated: January 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE