**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LATASHA MCLAUGHLIN, on behalf of
     herself and all others similarly situated,
11                                                        No. C 15-02904 WHA

12               Plaintiff,

13      v.                                                **ORDER GRANTING IN PART
                                                          AND DENYING IN PART**
14   WELLS FARGO BANK, NA,                                **ADMINISTRATIVE MOTION TO
                                                          FILE UNDER SEAL**
15               Defendant.
                                                 /
16

17          Plaintiff Latasha McLaughlin has filed an administrative motion to file under seal

18   portions of her memorandum and exhibits in support of her motion for class certification.  The

19   portions sought to be sealed contain confidential financial and propriety information and had

20   been designated as highly confidential under the parties' protective order.  In response,

21   defendant Wells Fargo submitted a detailed declaration in support of the motion to seal.

22          "Those who seek to maintain the secrecy of documents attached to dispositive motions

23   must meet the high threshold of showing that compelling reasons support secrecy.  A good cause

24   showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive

25   motions."  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

26   Motions for class certification are non-dispositive motions and thus parties seeking to seal

27   portions of them must meet the good cause standard.

28          Here, the administrative motion to seal is **GRANTED IN PART**.  Exhibits L–P of the

     Insley-Pruitt declaration contain personal financial information of putative class members and

shall remain sealed. Exhibits A–I and K of the Leo declaration shall be redacted as proposed in defendant's response to the administrative motion to file under seal. The portions of plaintiff's memorandum identified in the motion to seal shall also be redacted as proposed. The motion to seal exhibits J and Q to the Insley-Pruitt declaration is **DENIED**, as defendant concedes that these exhibits do not contain highly confidential information.

By **NOON ON FEBRUARY 5, 2016**, plaintiff shall re-file and submit to the Court a redacted version of her motion for class certification, along with the redacted exhibits in accordance with this order.

**IT IS SO ORDERED.**

Dated: February 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2