IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA,<br><br>Defendant. | No. C 15-02904 WHA<br><br>**REQUEST FOR RESPONSE FROM PLAINTIFF RE DEFENDANT'S MOTION TO STAY** |

Defendant Wells Fargo has filed a motion to stay our case pending the Supreme Court's ruling in *Spokeo v. Robbins*, in which oral argument took place on November 2, 2015. In *Spokeo*, the question pending before the Supreme Court is:

> Whether Congress may confer Article III standing upon a plaintiff who suffers no concrete harm, and who therefore could not otherwise invoke the jurisdiction of a federal court, by authorizing a private right of action based on a bare violation of a federal statute.

Plaintiff is requested to respond to defendant's motion to stay by **NOON ON FEBRUARY 16, 2016.**

Dated: February 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE