IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

WELLS FARGO BANK, NA,

    Defendant.

No. C 15-02904 WHA

**ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE**

An earlier order held plaintiff's class certification motion in abeyance pending the Supreme Court's decision in *Spokeo* (Dkt. No. 89). On May 16, 2016, the Supreme Court handed down a decision in *Spokeo*. The briefing schedule shall proceed as described in the earlier order. Both sides shall submit a brief, totaling ten pages or less, discussing the decision's impact on class certification by **MAY 23, 2016**. Each side may respond to the other's brief, in ten pages or less, by **MAY 30, 2016**. The hearing on plaintiff's class certification motion will take place on **JUNE 16, 2016.**

**IT IS SO ORDERED.**

Dated: May 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE