**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATASHA MCLAUGHLIN, on behalf of
herself and all others similarly situated,

      Plaintiff,

  v.

WELLS FARGO BANK, NA,

      Defendant.
_____/

No. C 15-02904 WHA

**ORDER APPROVING JOINT
PROPOSAL FOR CLASS
NOTICE**

The Court is in receipt of the joint proposal for class notice (Dkt. No. 139). The Court finds that the proposal complies with due process and the requirements of Federal Rule of Civil Procedure 23(c)(2)(B) to provide the "best notice practicable under the circumstances." This order approves the joint proposal for class notice subject to the requirement that the direct mailing be accomplished via first class mail.

      **IT IS SO ORDERED.**

Dated: August 29, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE