Raymond A. Cardozo (SBN 173263)
email: rcardozo@reedsmith.com
Ashley L. Shively (SBN 264912)
email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Peter J. Kennedy (SBN 166606)
Email: pkennedy@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LATASHA McLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | Case No.: 3:15-cv-02904-WHA<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR NOTICE TO CLASS FOR 14 DAYS TO ALLOW FOR COMPLETION OF SETTLEMENT AGREEMENT; DECLARATION OF PETER KENNEDY IN SUPPORT THEREOF; AND [PROPOSED] ORDER**<br><br>L.R. 6-2<br><br>Honorable William H. Alsup |

## STIPULATION

Plaintiff Latasha McLaughlin and Defendant Wells Fargo Bank, N.A., by and through their respective counsel, stipulate as follows:

WHEREAS, on August 29, 2016, this Court issued an order [Dkt. # 140] approving the parties' joint plan [Dkt. #139] for providing notice to the class of the Court's certification order [Dkt # 132]. This plan called for the notice to be sent within 16 days of the Court's order, which creates a mailing deadline of September 14, 2016. The plan also called for the class list to be provided to the administrator by September 1, 2016. *Id.*

WHEREAS, thanks to the efforts of Magistrate Judge Donna M. Ryu, the parties have made significant progress toward the resolution of the matter, and a draft comprehensive class settlement agreement has been circulated. Kennedy Declaration, at Para. 2.

WHEREAS, to avoid the cost of the Class Administrator and the needless printing and mailing of the notice, estimated to be nearly $20,000, the parties agree and respectfully request that the deadline for mailing the notice be continued two weeks to September 28, 2016. The parties anticipate that this two week continuance will be sufficient for them to complete the settlement agreement, advise the Court of the settlement, and request that the current trial and notice dates be vacated to allow for a motion for preliminary approval to be filed and heard. For the same reasons, the parties' request the deadline to provide the class list to the Class Administrator also be moved to September 21, 2016.

WHEREAS, the parties' request will not otherwise alter the schedule in the case.

THEREFORE, Plaintiff and Wells Fargo hereby agree to extend:

1. The deadline for Wells Fargo to provide the class list to the Class Administrator from September 1, 2016 to September 21, 2016.

Case No. 3:15-cv-02904-WHA         – 1 –

2. The deadline for mailing the class notice from September 14, 2016 to September 28, 2016.

DATED: September 1, 2016        **WOLF POPPER LLP**

By: /s/ Patricia Avery
    Patricia I. Avery (*pro hac vice*)
    Matthew Insley-Pruitt (*pro hac vice*)
    *Counsel for Plaintiff and the Class*

**BERMAN DEVALERIO**
    Joseph J. Tabacco, Jr.
    Kristin J. Moody
    *Local Counsel for Plaintiff and the Class*

DATED: September 1, 2016        **REED SMITH LLP**

By: /s/ Ashley Shively
    Ashley L. Shively
    Attorneys for Defendant
    Wells Fargo Bank, N.A.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated  September 1,       , 2016

_____
WILLIAM N. ALSUP
UNITED STATES DISTRICT JUDGE