**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA,<br><br>    Defendant.<br>                                   / | No. C 15-02904 WHA<br><br>**ORDER REGARDING REQUEST FOR EXTENSION AND DENYING SUMMARY JUDGMENT MOTION AS MOOT WITHOUT PREJUDICE TO RENEWAL** |

      The Court is in receipt of the parties' stipulation to extend certain deadlines. Two extensions have already been granted as to the deadlines for class notice (Dkt. No. 130, 142). The extension request is therefore **DENIED** except to the extent stated below.

      The summary judgment motion has been pending since February. As a result of counsel's various postponements, the undersigned judge will be reported to Congress for failure to have ruled on the motion. The truth is that the delay is due to the postponement sought by counsel. The solution is to deny as moot the pending motion for summary judgment without prejudice to renewal if the current settlement in principal falls through. The summary judgment is therefore **DENIED AS MOOT WITHOUT PREJUDICE**. The motion for summary judgment must

be re-noticed, if at all, **BY OCTOBER 6, 2016.**

Plaintiff's deadline to file any dispositive motion shall be continued from September 29, 2016, to **OCTOBER 6, 2016.**

**IT IS SO ORDERED.**

Dated: September 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE