IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA,<br><br>    Defendant.<br>                                       / | No. C 15-02904 WHA<br><br>**ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On February 9, 2016, defendant filed a summary judgment motion (Dkt. No. 65). On September 21, 2016, after the motion had been pending for seven months, an order denied the motion without prejudice to renewing the motion by today.

Defendant has now re-noticed the motion (Dkt. No. 145). This order deems the re-noticed motion to be re-filed. Accordingly, the Court will consider the motion on its merits.

The hearing on defendant's motion for summary judgment shall take place on **NOVEMBER 10, 2016, AT 8:00 A.M.**, the same day and time as the hearing on plaintiff's motion for summary judgment. Plaintiff shall respond to defendant's motion for summary judgment **BY OCTOBER 20, 2016.** Defendant shall file a reply **BY OCTOBER 27, 2016.**

All deadlines shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 6, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE