IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>  Defendant.<br>_____ / | No. C 15-02904 WHA<br><br>**ORDER POSTPONING DEADLINES AND REQUIRING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

The Court is informed that the parties in this class action have reached a settlement agreement. Accordingly, the deadline to submit responses to the pending cross-motions for summary judgment is **EXTENDED TO NOVEMBER 3**, and the deadline to submit replies is **EXTENDED TO NOVEMBER 10**. The parties shall submit a motion for preliminary approval of the proposed class settlement agreement by **OCTOBER 24 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE