Joseph J. Tabacco, Jr. (SBN 75484)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
       kmoody@bermandevalerio.com
       cpoppler@bermandevalerio.com

*Local Counsel for Plaintiff and the Class*

Patricia I. Avery (*pro hac vice*)
Matthew Insley-Pruitt (*pro hac vice*)
Adam J. Blander
**WOLF POPPER LLP**
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone:  (212) 759-4600
Email: pavery@wolfpopper.com
       minsley-pruitt@wolfpopper.com
       ablander@wolfpopper.com

*Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LATASHA McLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | **CLASS ACTION**<br><br>No.: 3:15-cv-02904-WHA<br><br>**PROOF OF SERVICE**<br><br>Date:       December 1, 2016<br>Time:      8:00 a.m.<br>Place:     Courtroom 8 – 19th Floor<br>Judge:    Honorable William H. Alsup |

I, Leslie R. Cuesta, hereby declare as follows.

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On January 21, 2016, using the Northern District of California's Electronic Case Filing System ("ECF"), I filed and served true and correct copies of the document(s) described as follows:

1. **PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS OF AUTHORITIES IN SUPPORT THEREOF;**

2. **PATRICIA I. AVERY'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT;**

3. **[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; and**

4. **PROOF OF SERVICE.**

The E-filing System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on October 21, 2016.

Leslie R. Cuesta