IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA MCLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendant.<br>　―――――――――――――――――― / | No. C 15-02904 WHA<br><br>**ORDER VACATING SUMMARY JUDGMENT DEADLINES, SHORTENING TIME FOR PRELIMINARY APPROVAL, AND CONTINUING PRETRIAL AND TRIAL DATES** |

　　　　On October 21, pursuant to court order (Dkt. No. 150), plaintiff Latasha McLaughlin filed a motion for preliminary approval of a proposed class settlement that would resolve the claims asserted in this action (Dkt. No. 151). Pursuant to the parties' joint stipulation (Dkt. No. 153), the preliminary approval hearing currently scheduled for December 1 is rescheduled to **NOVEMBER 17**. The deadlines on November 3 and November 10 for submitting responses and replies to the pending cross-motions for summary judgment are **VACATED**. The hearing on the motions for summary judgment currently scheduled for November 10 is **VACATED**. The final pretrial conference is continued from November 30 to **JANUARY 18, 2017**. The trial date is continued from December 5 to **JANUARY 23, 2017**.

　　　　**IT IS SO ORDERED.**

Dated: November 1, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE