Joseph J. Tabacco, Jr. (SBN 75484)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
kmoody@bermandevalerio.com
cpoppler@bermandevalerio.com

*Local Counsel for Plaintiff and the Class*

Patricia I. Avery (*pro hac vice*)
Matthew Insley-Pruitt (*pro hac vice*)
**WOLF POPPER LLP**
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
Email: pavery@wolfpopper.com
minsley-pruitt@wolfpopper.com
ablander@wolfpopper.com

*Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LATASHA McLAUGHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendant. | **CLASS ACTION**<br><br>No.: 3:15-cv-02904-WHA<br><br>[PROPOSED] **AMENDED JUDGMENT** |

The Final Judgment entered by this Court on April 11, 2017 (ECF No. 186) is hereby AMENDED as follows:

1. Exhibit 1, the list of Damages Class Members, is AMENDED to remove the names Carla M. Epps, Deceased, Crystal Hickerson,[1] and Jim Slater as Damages Class Members;

2. Exhibit 2, the list of Declaratory Relief Class Members, is AMENDED to remove the name Crystal Hickerson as a Declaratory Relief Class Member;

3. Exhibit 3, the list of persons Excluded from the Damages Class, is AMENDED to add the names Carla M. Epps, Deceased, Crystal Hickerson, and Jim Slater as persons excluded from the Damages Class; and

4. Exhibit 4, the list of persons Excluded from the Declaratory Relief Class, is AMENDED to add the name Crystal Hickerson as a person excluded from the Declaratory Relief Class.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: November 2, 2017.

THE HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

---

[1] Crystal Hickerson was listed as a member of both the Damages Class and the Declaratory Relief Class; Carla M. Epps, Deceased, and Jim Slater were listed only as members of the Damages Class.